IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JAMES DRAPER and CARRIE DRAPER,

    Plaintiffs,

v.

                                      No.: 1:24-cv-01305-PLM-PJG
                                      Hon. Paul L. Maloney

NEWFIELD TOWNSHIP; BRIAN HANNA,
in his official capacity as the Executive Director of the
Cannabis Regulatory Agency of the Michigan Department
of Licensing and Regulatory Affairs; HICLOUD, LLC;
ENDRIT CALI; and STEVEN MICKLIN, individually and
in his official capacity as Zoning Administrator for Newfield
Township, Michigan,

    Defendants.

---

Robert Joseph Muise
The Muise Law Group, PLLC
Attorney for Plaintiffs
P.O. Box 131098
Ann Arbor, MI 48113
Ph:    (734) 635-3756
rmuise@muiselawgroup.com

David Yerushalmi
American Freedom Law Center (DC)
Attorney for Plaintiffs
2020 Pennsylvania Ave., NW, Ste. 189
Washington, DC 20006
Ph:    (646) 262-0500
dyerushalmi@americanfreedomlawcenter.org

Benjamin E. Bayram (P71777)
Andrew P. Hussey (P87192)
Dykema Gossett, PLLC
Attorney for HiCloud, LLC and Endrit Cali
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Ph:  (248) 203-0862
bbayram@dykema.com
ahussey@dykema.com

Nadeem Noah Harfouch (P76362)
The Harfouch Law Firm, PLLC
Attorney for HiCloud, LLC and Endrit Cali
77 East Long Lake Road, 1st Floor
Bloomfield Hills, MI 48304
Ph:    (248) 781-8800
nharfouch@harfouchlaw.com

Charles L. Bogren
Plunkett Cooney
Atty. for Newfield Twp. and Steven Micklin
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504
Ph:  (269) 752-4606
cbogren@plunkettcooney.com

Adam Maxwell Leyton
MI Dept Attorney General
Attorney for Brian Hanna
525 W. Ottawa St., 3rd Floor
P.O. Box 30758
Lansing, MI 48909
Ph:     (517) 335-7569
Leytona1@michigan.gov

Audrey Elzerman
MI Dept Attorney General
Attorney for Brian Hanna
525 W. Ottawa St., 3rd Floor
P.O. Box 30758
Lansing, MI 48909
Ph:     (517) 335-7569
elzermana@michigan.gov

## STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Parties, by and through their undersigned counsel, hereby stipulate to extending the deadline to respond to Plaintiffs' Motion for Preliminary Injunction [ECF No. 14] to April 14, 2025.

The Parties state as follows:

1. Plaintiffs filed a Motion for Preliminary Injunction on March 14, 2025 [ECF No. 14]. The Motion was accompanied by a Brief in Support [ECF No. 15].

2. The Parties previously stipulated to extend all Defendants' time to file and serve an answer or a motion under Rule 12 to the Plaintiffs' First Amended Complaint [ECF No. 12].

3. The Court entered an Order allowing for an extension until April 14, 2025 [ECF No. 13].

4. In the interest of aligning response schedules, the Parties stipulate to extend all Defendants' time to file and serve a response to Plaintiffs' Motion for Preliminary Injunction until April 14, 2025 to match the deadline to respond to the First Amended Complaint.

WHEREFORE, the Parties respectfully request that this Honorable Court enter the attached proposed stipulated order extending the deadline for all Defendants to respond to the Motion for Preliminary Injunction to April 14, 2025.

IT IS SO STIPULATED.

/s/ Robert J. Muise
Robert Joseph Muise
The Muise Law Group, PLLC
Attorney for Plaintiffs
P.O. Box 131098
Ann Arbor, MI 48113
Ph:    (734) 635-3756
rmuise@muiselawgroup.com

Dated: March 17, 2025

/s/ Nadeem Noah Harfouch
Nadeem Noah Harfouch (P76362)
The Harfouch Law Firm, PLLC
Attorney for HiCloud, LLC and Endrit Cali
77 East Long Lake Road, 1st Floor
Bloomfield Hills, MI 48304
Ph:    (248) 781-8800
nharfouch@harfouchlaw.com

Dated: March 17, 2025

/s/ Adam Maxwell Leyton
Adam Maxwell Leyton
MI Dept Attorney General
Attorney for Brian Hanna
525 W. Ottawa St., 3rd Floor
P.O. Box 30758
Lansing, MI 48909
Ph:    (517) 335-7569
leytona1@michigan.gov

Dated: March 17, 2025

/s/ Charles L. Bogren
Charles L. Bogren
Plunkett Cooney
Atty. for Newfield Twp. and Steven Micklin
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504
Ph:    (269) 752-4606
cbogren@plunkettcooney.com

Dated: March 17, 2025

/s/ Andrew P. Hussey
Benjamin E. Bayram (P71777)
Andrew P. Hussey (P87192)
Dykema Gossett, PLLC
Attorney for HiCloud, LLC and Endrit Cali
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Ph:    (248) 203-0862
bbayram@dykema.com
AHussey@dykema.com

Dated:  March 17, 2025

**ORDER ON STIPULATION TO EXTEND**
**MOTION FOR PRELIMINARY INJUNCTION RESPONSE DEADLINE**

This matter having come before the Court upon the Parties' Stipulation to Extend Deadline to Respond to Plaintiffs' Motion for Preliminary Injunction, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the deadline for all Defendants to file a response to Plaintiffs' Motion for Preliminary Injunction is extended to April 14, 2025.

IT IS SO ORDERED.

Dated:  March 31, 2025                                                     /s/ Paul L. Maloney
                                                                                            HON. PAUL L. MALONEY
                                                                                            United States District Court Judge