## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JAMES DRAPER and CARRIE DRAPER,

       Plaintiffs,

v.

NEWFIELD TOWNSHIP; BRIAN HANNA, in his official capacity as the Executive Director of the Cannabis Regulatory Agency of the Michigan Department of Licensing and Regulatory Affairs; HICLOUD, LLC; ENDRIT CALI; and STEVEN MICKLIN, individually and in his official capacity as Zoning Administrator for Newfield Township, Michigan,

       Defendants.

Case No. 1:24-cv-01305-PLM-PJG

Honorable Paul L. Maloney

---

## DEFENDANTS HICLOUD, LLC AND ENDRIT CALI'S MOTION TO DISMISS

## ORAL ARGUMENT REQUESTED

For the reasons explained in the accompanying brief, Defendants HiCloud, LLC and Endrit Cali ("Defendants") move this Court to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

In accordance with Local Rule 7.1(d), Defendants' counsel sought concurrence from Plaintiffs' counsel in the relief requested and explained the basis for such relief on April 14, 2025, but as of the time of this filing, no response was received.

Dated: April 14, 2025

                                                  */s/ Nadeem Noah Harfouch*
                                                  Nadeem Noah Harfouch (P76362)
                                                  The Harfouch Law Firm, PLLC

77 East Long Lake Road, 1st Floor
Bloomfield Hills, MI 48304
T: (248) 781-8800
nharfouch@harfouchlaw.com

Benjamin E. Bayram (P71777)
Andrew P. Hussey (87192)
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
T: (248) 203-0862
bbayram@dykema.com
ahussey@dykema.com

*Attorneys for HiCloud, LLC and Endrit Cali*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 14, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the CM/EMF system, which will send notice of this filing to all counsel of record and by email.


Dated: April 14, 2025          */s/ Nadeem Noah Harfouch*
                 Nadeem Noah Harfouch (P76362)
                 The Harfouch Law Firm, PLLC
                 77 East Long Lake Road, 1st Floor
                 Bloomfield Hills, MI 48304
                 T: (248) 781-8800
                 nharfouch@harfouchlaw.com